

# United States District Court
# Eastern District of California

| | |
|---|---|
| John Doe, et. al | Case Number: 1:24-CV-01033-BAM |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Mariposa Unified School District, et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jonathon N. Fazzola hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: John Doe, et al.

On  06/19/2017  (date), I was admitted to practice and presently in good standing in the Supreme Court of Michigan  (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/12/2024          Signature of Applicant: /s/ Jonathon N. Fazzola

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jonathon N. Fazzola |
| Law Firm Name: | The Fierberg National Law Group |
| Address: | 201 E Seventeenth St., Suite A |
| City: | Traverse City   State: MI   Zip: 49684 |
| Phone Number w/Area Code: | (231) 933-0180 |
| City and State of Residence: | Traverse City, Michigan |
| Primary E-mail Address: | jfazzola@tfnlgroup.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ivo Labar |
| Law Firm Name: | Sawyer & Labar LLP |
| Address: | 1700 Montgomery St. Suite 108 |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | (415) 262-3820   Bar #: 203492 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 16, 2024

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT