Whitney, Thompson & Jeffcoach LLP
Kristi D. Marshall, #274625
Devon R. McTeer, #230539
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:	(559) 753-2550
Facsimile:	(559) 753-2560

Attorneys for Mariposa County Unified School
District, a public entity

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOHN DOE, a minor, by and through his Guardian Ad Litem, JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT, a public entity; PIERCE CHANEY, an individual; and ROES 1 - 30,<br><br>Defendant. | Case No. 1:24-cv-01033-BAM<br><br>**STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** between Plaintiff JOHN DOE, a minor, by and through his Guardian Ad Litem, JANE DOE ("Plaintiff") and represented by Sawyer & Labar LLP and The Fierberg National Law Group, PLLC; Defendant MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT ("MCUSD") represented by Whitney, Thompson & Jeffcoach, LLP;, and Defendant PIERCE CHANEY ("Chaney"), represented by Wade Litigation, APC (Plaintiff, MCUSD and Chaney are, collectively, the "Parties"), that:

1. Plaintiff's Request to Clerk to Enter Default Against Defendant MCUSD, which was entered by the Clerk on October 4, 2024, be set aside and MCUSD be allowed to file a response to the Complaint on file herein;

///

2. The Parties have agreed to participate in an early mediation. Plaintiff therefore stipulates to allow MCUSD and Chaney sixty (60) days from the date this Court signs the Proposed Order approving this Stipulation to file any responsive pleadings;

3. To date, no Scheduling Order has been issued by this Court. Accordingly, the Parties request that if a Scheduling Order is issued after this Stipulation is filed with the Court, that all case-related deadlines flow from the date Defendants' responsive pleadings are due, including but not Initial Disclosures; and

4. This is the first request by the Parties for approval of an extension for any deadlines in this matter.

IT IS HEREBY STIPULATED.

Dated: November 20, 2024                WHITNEY, THOMPSON & JEFFCOACH LLP

By:  */s/ Kristi D. Marshall*
Kristi D. Marshall
Devon R. McTeer
Attorneys for Defendant Mariposa County Unified School District, a public entity

Dated: November 20, 2024                WADE LITIGATION, APC

By:  */s/ Steve L. Derby*
Steve L. Derby
Attorneys for Defendant Pierce Chaney

Dated:  November 20, 2024                                             SAWYER & LABAR LLP

                                            By:      /s/ Rebecca MacLaren
                                                         Ivo Labar
                                                       Rebecca MacLaren

                                                 THE FIERBERG NATIONAL LAW GROUP, PLLC
                                                         Douglas E. Bierbert
                                                         Jonathon N. Fazzola

                                                  Attorneys for Plaintiff, John Doe, a minor by and
                                                    through his Guardian Ad Litem, Jane Doe

## ORDER

**GOOD CAUSE APPEARING**, the default entered against Defendant Mariposa County Unified School District is set aside.  The Clerk of the Court is directed to vacate the default as to Defendant Mariposa County Unified School District.  Defendants Mariposa County Unified School District and Pierce Chaney have sixty (60) days, from the date of this Order, to file and serve their response to the Complaint.

IT IS FURTHER ORDERED that the Scheduling Conference currently set for January 7, 2025, is continued to **February 27, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report at least one full week prior to the conference.  The parties shall appear at the conference remotely with each party appearing via Zoom video conference.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **November 21, 2024**              /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE

12466.00025 06186111.000                    3
STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER