UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE
*a minor, by and through his guardian ad litem*
JANE DOE,

Plaintiff,

v.

MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT, et al.,

Defendants.

Case No. 1:24-cv-01033-KES-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

On February 10, 2025, Defendants Mariposa County Unified School District and Pierce Chaney filed motions to dismiss. (ECF Nos. 31, 32.) Due to the current status of this case, the scheduling conference currently set for October 6, 2026, is continued to January 5, 2027, at 11:00 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 29, 2026**

UNITED STATES MAGISTRATE JUDGE